**Charles A. Bentley, appellant, v. Carrie Louise Bentley, appellee. Gen. No. 24,508.**

Bill for divorce on ground of desertion. Dismissal by court on hearing. Appeal from the Superior Court of Cook county; the Hon. Joseph H. Fitch, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1918. Reversed and remanded. Opinion filed June 10, 1919.

Leon A. Berezniak and Rankin, Dittus & Lesemann, for appellant; Jacob E. Dittus, of counsel. No appearance for appellee.

Mr. Presiding Justice McDonald delivered the opinion of the court

---

**Donald I. Graham, plaintiff in error, v. Thomas F. Howe et al., defendants in error. Gen. No. 23,684.**

Suit for accounting between alleged partners. Decree for defendants. Error to the Circuit Court of Cook county; the Hon. Jesse A. Baldwin, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1918. Affirmed. Opinion filed June 10, 1919.

Sonnenschein, Berkson, Lautmann & Levinson, for plaintiff in error. Everett & McGonigle, for defendants in error; John C. Everett, of counsel.

Mr. Justice Barnes delivered the opinion of the court.

---

**Ezra L. Kern, plaintiff in error, v. Estelle Foster, defendant in error. Gen. No. 23,981.**

Error to the Municipal Court of Chicago; the Hon. Harry P. Dolan, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1918. Writ dismissed. Opinion filed June 10, 1919.

Lucius J. M. Malmin, for plaintiff in error. John B. Synnesvedt, for defendant in error; George H. Sugrue, of counsel.

Mr. Justice Barnes delivered the opinion of the court.